**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CARLOS MARTINEZ BONILLA,

          Petitioner,

    v.

FERETI SEMAIA, et al.,

          Respondents.

No. 5:26-cv-2244-DSR

**JUDGMENT**

      Pursuant to the Court's Order Granting Petition and Issuing Writ of Habeas Corpus for Immediate Release,

      IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that Judgment is entered in favor of Petitioner and against Respondents.  The Order constitutes final disposition of the Petition by the Court.

DATED: May 26, 2026              _____

                      HON. DANIEL S. ROBERTS
                  UNITED STATES MAGISTRATE JUDGE